UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 4:05-CR-155 CAS |
| v. | ) |
| DAN HOGAN, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge David D. Noce. On April 19, 2005, Judge Noce filed a Report and Recommendation which recommended that defendant's motion to suppress evidence be denied.

No objections have been filed to the Magistrate Judge's Order and Recommendation. Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 28]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence is **DENIED**. [Doc. 24]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 10TH day of May, 2005.